UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IRMA MARTINEZ

          Plaintiff,          No. 08-CV-00810

v.

JEFFERSON N. CALIMLIM and
ELNORA M. CALIMLIM,

          Defendants.

## **JUDGMENT**

Plaintiff Irma Martinez, and Defendants Jefferson N. Calimlim and Elnora M. Calimlim hereby stipulate and move that this Court should enter a Judgment in favor of Plaintiff and against Defendants Jefferson N. Calimlim and Elnora M. Calimlim without further notice to any party, as follows:

1. Defendants Jefferson N. Calimlim and Elnora M. Calimlim are found liable for:

    (A) Civil RICO in violation of 18 U.S.C. § 1962(c) (with predicate offenses of Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor in violation of 18 U.S.C. § 1590, Forced Labor in violation of 18 U.S.C. § 1589, Bringing In and Harboring Certain Aliens in violation of 8 US.C. § 1324, Mail Fraud in violation of 18 U.S.C. § 1341, and Wire Fraud in violation of 18 U.S.C. § 1343);

    (B) Civil RICO Conspiracy in violation of 18 U.S.C. § 1962(d);

    (C) Wisconsin Organized Crime Control Act in violation of Wis. Stat. § 946.80 et seq. (with predicate offenses of Human Trafficking in violation

of Wis. Stat. § 940.302, Threats to Injure or Accuse of Crime in violation of Wis. Stat. § 943.30, Kidnapping in violation of Wis. Stat. § 940.31, and False Imprisonment in violation of Wis. Stat. § 940.30);

(D) Involuntary Servitude in violation of the Thirteenth Amendment to the U.S. Constitution and 18 U.S.C. § 1584;

(E) Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor in violation of 18 U.S.C. §§ 1590, 1595; and

(F) Forced Labor in violation of 18 U.S.C. §§ 1589, 1595.

2. Judgment is entered in the amount of $1,000,000 to cover punitive and compensatory damages for non-physical injuries. The Judgment is deemed immediately and fully satisfied.

3. Defendants Jefferson N. Calimlim and Elnora M. Calimlim, by stipulation, irrevocably and fully waive any and all right to appeal the Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

4. Nothing in this judgment shall be construed as an adjudication as to the liability of defendants Christina Calimlim, Jefferson M. Calimlim, and Christopher Jack Calimlim (the "Children Defendants") for any of the claims or allegations against them set forth in the Complaint.

Respectfully submitted,

Dated this 22nd day of December, 2010.

        JENNER & BLOCK LLP
        Attorneys for Irma Martinez

        BY: *s/ Martina E. Vandenberg*
        Martina E. Vandenberg

Dated this 22nd day of December, 2010.

        HURLEY, BURISH & STANTON, S.C.
        Attorneys for Jefferson N. and Elnora M. Calimlim

        BY: *s/ Andrew Erlandson*
        Andrew Erlandson

**CERTIFICATE OF SERVICE**

I, Martina E. Vandenberg, hereby certify that the Judgment stipulated by Plaintiff Irma Martinez and Defendants Jefferson N. Calimlim and Elnora M. Calimlim was electronically filed on December 22, 2010, using the ECF system. The document is available for viewing and downloading from the ECF System, and was served on the following counsel of record designated for service by electronic filing: Robert L. Gegios, William E. Fischer, Michael A. Mesirow, Michael J. Cohen, Jennifer AB Kreil, Hillary R. Ahle, Stephanie H. Anacker, Jeffrey L. Leavell, Danielle N. Lutz, and Allen M. Ratkowski.

Dated: Dec. 22, 2010 　　　　　　　　　　　　　　　　　_____/s/_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　Martina E. Vandenberg
　　　　　　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　1099 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-4412
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 639-6000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 639-6066
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Irma Martinez*