UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IRMA MARTINEZ,

    Plaintiff,

v.                           Case No. 2:08-CV-00810

JEFFERSON N. CALIMLIM, et al.,

    Defendants.

## SATISFACTION OF JUDGMENT

**WHEREAS**, a joint motion was filed in the captioned proceeding for judgment in favor of plaintiff Irma Martinez and against defendants Jefferson N. Calimlim and Elnora M. Calimlim in the amount of One Million and no/100 dollars ($1,000,000).

**NOW, THEREFORE**, Irma Martinez, the owner of said judgment, by and through her undersigned counsel, hereby acknowledges full satisfaction of said judgment and hereby releases and discharges the same.

Dated this 22nd day of December, 2010.

                              JENNER & BLOCK LLP
                              Attorneys for Irma Martinez

                              BY: s/ *Martina E. Vandenberg*
                              Martina E. Vandenberg

## CERTIFICATE OF SERVICE

I, Martina E. Vandenberg, hereby certify that Plaintiff Irma Martinez's Satisfaction of Judgment was electronically filed on December 22, 2010, using the ECF system. The document is available for viewing and downloading from the ECF System, and was served on the following counsel of record designated for service by electronic filing: Andrew Erlandson, Robert L. Gegios, William E. Fischer, Michael A. Mesirow, Michael J. Cohen, Jennifer AB Kreil, Hillary R. Ahle, Stephanie H. Anacker, Jeffrey L. Leavell, Danielle N. Lutz, and Allen M. Ratkowski.

Dated: Dec. 22, 2010                                         _____/s/_____

                                                Martina E. Vandenberg
                                                JENNER & BLOCK LLP
                                                1099 New York Avenue, NW
                                                Suite 900
                                                Washington, D.C. 20001-4412
                                                Telephone: (202) 639-6000
                                                Facsimile: (202) 639-6066
                                                *Counsel for Plaintiff Irma Martinez*