UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IRMA MARTINEZ

        Plaintiff,        No. 08-CV-00810

v.

JEFFERSON N. CALIMLIM and
ELNORA M. CALIMLIM,

        Defendants.

## JUDGMENT

Plaintiff Irma Martinez, and Defendants Jefferson N. Calimlim and Elnora M. Calimlim hereby stipulate and move that this Court should enter a Judgment in favor of Plaintiff and against Defendants Jefferson N. Calimlim and Elnora M. Calimlim without further notice to any party, as follows:

1. Defendants Jefferson N. Calimlim and Elnora M. Calimlim are found liable for:

   (A) Civil RICO in violation of 18 U.S.C. § 1962(c) (with predicate offenses of Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor in violation of 18 U.S.C. § 1590, Forced Labor in violation of 18 U.S.C. § 1589, Bringing In and Harboring Certain Aliens in violation of 8 US.C. § 1324, Mail Fraud in violation of 18 U.S.C. § 1341, and Wire Fraud in violation of 18 U.S.C. § 1343);

   (B) Civil RICO Conspiracy in violation of 18 U.S.C. § 1962(d);

   (C) Wisconsin Organized Crime Control Act in violation of Wis. Stat. § 946.80 et seq. (with predicate offenses of Human Trafficking in violation

of Wis. Stat. § 940.302, Threats to Injure or Accuse of Crime in violation of Wis. Stat. § 943.30, Kidnapping in violation of Wis. Stat. § 940.31, and False Imprisonment in violation of Wis. Stat. § 940.30);

(D)  Involuntary Servitude in violation of the Thirteenth Amendment to the U.S. Constitution and 18 U.S.C. § 1584;

(E) Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor in violation of 18 U.S.C. §§ 1590, 1595; and

(F) Forced Labor in violation of 18 U.S.C. §§ 1589, 1595.

2. Judgment is entered in the amount of $1,000,000 to cover punitive and compensatory damages for non-physical injuries. The Judgment is deemed immediately and fully satisfied.

3. Defendants Jefferson N. Calimlim and Elnora M. Calimlim, by stipulation, irrevocably and fully waive any and all right to appeal the Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

4. Nothing in this judgment shall be construed as an adjudication as to the liability of defendants Christina Calimlim, Jefferson M. Calimlim, and Christopher Jack Calimlim (the "Children Defendants") for any of the claims or allegations against them set forth in the Complaint.

Respectfully submitted,

Dated this 22nd day of December, 2010.

                    JENNER & BLOCK LLP
                    Attorneys for Irma Martinez

                    BY: s/ *Martina E. Vandenberg*
                    Martina E. Vandenberg

Dated this 22nd day of December, 2010.

                    HURLEY, BURISH & STANTON, S.C.
                    Attorneys for Jefferson N. and Elnora M. Calimlim

                    BY: s/ *Andrew Erlandson*
                    Andrew Erlandson

# **JUDGMENT**

Having duly considered the stipulation of the Parties, and the proceedings in this Action, the Court orders that the Judgment above shall be entered as the final judgment of this Court. There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED, this 6th day of January, 2011.

/s Lynn Adelman
Honorable Lynn Adelman
United States District Judge